# EXHIBIT A

```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                              MIAMI
                    CASE NO. 18-CR-20546-DPG-1
```

**UNITED STATES OF AMERICA**,
        Plaintiff
   vs.                  **November 6, 2018**

**ASIF UDDIN**,
        Defendant.

**STATUS CONFERENCE**

BEFORE THE HONORABLE **DARRIN P. GAYLES**

UNITED STATES DISTRICT COURT JUDGE

**A P P E A R A N C E S**

| | |
|---|---|
| FOR THE PLAINTIFF:<br>UNITED STATES OF<br>AMERICA | **KEVIN J. LARSEN**, AUSA<br>United States Attorney's Office<br>99 NE 4th Street<br>Miami, FL 33132<br>(305) 961-9356<br>Kevin.larsen@usdoj.gov |
| FOR THE DEFENDANT:<br>ASIF UDDIN | **GERALD E. GREENBERG**, ESQ<br>**MIKAYLA K. ESPINOSA**, ESQ<br>Gelber Schachter & Greenberg PA<br>1221 Brickell Avenue, Suite 2010<br>Miami, FL 33131<br>(305) 728-0950<br>Ggreenberg@gsgpa.com<br>Mikaylaespinosa@gsgpa.com |
| REPORTED BY: | **GIZELLA BAAN-PROULX**, RPR, FCRR<br>United States Court Reporter<br>400 North Miami Avenue, 8th Floor<br>Miami  FL  33128<br>(305) 523-5634<br>gizella_baan-proulx@flsd.uscourts.gov |

**P R O C E E D I N G S**

*(The following proceedings were held in open court.)*

**THE COURTROOM DEPUTY:** Calling case number 18-CR-20546, United States of America versus Asif Uddin. Counsel, please state your appearances for the record.

**AUSA LARSEN:** Good morning. Kevin Larsen on behalf of the United States.

**THE COURT:** All right.

**MR. GREENBERG:** Good morning, Your Honor. Gerald Greenberg and Mikayla Espinosa on behalf of the defendant, Asif Uddin.

**THE COURT:** All right. Do you waive his presence for today?

**MR. GREENBERG:** Yes, Your Honor.

**THE COURT:** All right. So the parties had requested a sentencing hearing quite some time away from now. I didn't understand the need for such a long continuance because there's the possibility of a Rule 35. And I didn't understand the significance of how each sentence -- regarding his medical license, so perhaps you'll explain that to me.

**MR. GREENBERG:** Thank you, Your Honor. Let me address I guess the two separate areas. First of all, with regard to his cooperation, and Mr. Larsen and I have spoken about this at length so I'm sure I'm not making any misrepresentations here and you'll correct me if I do.

|  |  |
|---|---|
| 1 | This is not a speculative situation where we're |
| 2 | saying, hey, he might be cooperating; let's see how things go |
| 3 | and give us all the time in the world. |
| 4 | Dr. Uddin has provided -- and it's been said in open |
| 10:30  5 | court and detailed in our sentencing memorandum -- very clear |
| 6 | -- and the government has said many times -- extremely helpful |
| 7 | information regarding an individual named Senthil Ramamurthy, |
| 8 | who is currently scheduled for this trial. |
| 9 | I think barring any extremely-unforeseen |
| 10:30 10 | circumstances, the government would be moving for a reduction. |
| 11 | And of course, as we all know, they don't want to commit to any |
| 12 | number in advance, but I think it's fair to say it's going to |
| 13 | be a very substantial reduction. |
| 14 | His range is already -- his low end is already 24 |
| 10:30 15 | months before any variances, any departures, any cooperation. |
| 16 | So we could -- obviously I'm not presuming to predict what Your |
| 17 | Honor would do, but I think there's probably some agreement |
| 18 | there's a realistic chance that the cooperation will take him |
| 19 | from the range serving custodial time to a non-custodial |
| 10:31 20 | sentence which is what we asked for in our memorandum. |
| 21 | The reason it's particularly significant here because |
| 22 | I understand there are -- I mean, one reason it's significant |
| 23 | is I don't think anybody would want him serving time if the end |
| 24 | result is some months down is going to be a non-custodial |
| 10:31 25 | sentence. |

```
           1              The other critical thing here is the status of his
           2  employment, his status as a medical resident.  As we said, he
           3  is in his residency now.  He is in Kansas.  If he is sentenced
           4  to time -- I mean, if he has to serve a custodial sentence,
10:31      5  perhaps unsurprisingly here, that is the end of his residency,
           6  and for all intents and purposes, the end of his medical
           7  career.
           8              If he does not have to serve time or if he is not
           9  sentenced to time, there exists a very good and real chance
10:31     10  that he's going to be able to continue with his residency and
          11  continue practicing.
          12              We have been working very closely with Kansas counsel
          13  and sort of a web of different entities in Kansas, the
          14  licensing board, the university, and the hospital where he
10:32     15  works.
          16              And given his cooperation, given his rehabilitation,
          17  given the fact that this happened before he was practicing
          18  medicine, there is a very real chance that he will be able to
          19  continue practicing.
10:32     20              So if we go and have a sentencing now without the
          21  benefit of the government reduction or without any credit for
          22  his cooperation, and he gets a custodial sentence, that's the
          23  end of the medical career; whereas, if we can put off some
          24  months, the government is able to file his motion.  And if he
10:32     25  then gets a non-custodial sentence, his medical career can
```

```
              1  continue.
              2          I can go on more about some of the intricacies of
              3  keeping his license.  One of the people who you would be
              4  hearing from at his sentencing is one of the supervisors of the
         10:33 5  program who would explain the work that he's done.
              6          He's in this unique rare, I would say, joint residency
              7  of mental health and internal medicine.  And there's a lot at
              8  stake for him here.  Whereas, if we can just give it those few
              9  months, I understand it's a -- it's not a very short delay.
         10:33 10         I mean, in the grand scheme of his life it is, but I
             11  understand for court calendars, it's not.  But if we can put
             12  the sentencing off until right after Mr. Ramamurthy's trial, he
             13  can get the credit.
             14         And then everything can be taken into account, and
         10:33 15  then we avoid the risk of his termination of his medical career
             16  before the Court has the opportunity to consider everything.
             17         THE COURT:  So I mean, I've already looked at the
             18  presentence investigation report.  I know that there were a
             19  number of -- not in front of me there -- a couple of defendants
         10:33 20  that have already been sentenced.
             21         Absent the government's 5K1.1 motion, would this be
             22  one where the government would be seeking jail?
             23         AUSA LARSEN:  Your Honor, I do want to -- I don't want
             24  to disagree with Mr. Greenberg that this is a joint -- we would
         10:34 25  jointly be saying no jail.  I mean, I think this is a serious
```

1 offense. I'm not prepared to make a sentencing recommendation
2 at this juncture.
3     I think the guidelines, absent a 5K1.1 is 24 months,
4 low end. I can echo what Mr. Greenberg has stated about the
5 extent of cooperation. He has been cooperative. We do
6 anticipate him being on important witness at the trial in
7 February in front of Judge Altonaga.
8     I am not in a position to know what that would
9 ultimately yield, but I think given -- absent a 5K1.1, given
10 the role and the conduct, I mean, I think most prosecutors
11 would say that some jail time is warranted.
12     **THE COURT:** Just remind me, the others who were
13 sentenced one I think was really less culpable received --
14     **AUSA LARSEN:** He received -- he did receive in front
15 of Judge Moreno, I think he got five years of probation.
16     He received less money, he was less culpable, paid off
17 all the restitution. I think that was probably what mattered
18 the most to Judge Moreno at the time was the substantial
19 payment or it was a significant payment of restitution at
20 sentencing.
21     But he did get probation, so there certainly is
22 precedent for a probationary sentence in this case.
23     **THE COURT:** Did that person have a cooperation
24 agreement?
25     **MR. GREENBERG:** Yes. Yes. There are three witnesses

|  |  |
|---|---|
| | 1  that are cooperating.  I anticipate that the other cooperator |
| | 2  will -- the government will be asking for a some period of |
| | 3  incarceration of the other cooperator.  She's also an important |
| | 4  witness in the case as well.  That's separate and apart from |
| 10:36 | 5  what ultimately happens.  I am certainly sensitive to the |
| | 6  impact it might have on the career of Mr. Uddin.  I mean, those |
| | 7  are things that -- those are consequences that are foreseeable. |
| | 8        **THE COURT**:  But of course, I'm in another courtroom so |
| | 9  I don't have my computer here.  Is it Judge Williams -- there's |
| 10:36 | 10  another sentencing coming up. |
| | 11        **AUSA LARSEN**:  It's judge -- Judge Ungaro has the |
| | 12  Jennifer Carbon, and she was the owner of the clinic.  So there |
| | 13  was the clinic owner who was filing the prescriptions, forging |
| | 14  prescriptions.  And then you had the two that are charged here, |
| 10:36 | 15  Mr. Voeller and Dr. Uddin, who were essentially recruiting |
| | 16  patients for Mr. Ramamurthy, who is admittedly is at the apex |
| | 17  of this particular charged scheme. |
| | 18        And Mr. Uddin is an important witness, and he provided |
| | 19  the government with documents that are very helpful to the |
| 10:37 | 20  government's case, and that will be reflected whenever the Rule |
| | 21  35 -- I do anticipate a 35, and that will be reflected in the |
| | 22  Rule 35 when that motion is made. |
| | 23        I just am not in a position standing here today to say |
| | 24  I am recommending no jail time.  That is way below the |
| 10:37 | 25  guidelines that would be a variance, departure -- |

1     **THE COURT**:  And when is that trial scheduled?
2     **AUSA LARSEN**:  February 19th.  I do believe, Your
3 Honor, that would be a firm trial date.  I guess there's a
4 possibility of a guilty plea.  Substantial discovery was
5 produced in the last couple of weeks.  We'll see.  But I do
6 expect that trial to be firm.  Judge Altonaga has already
7 continued the case once.
8     **THE COURT**:  All right.  I'll grant the continuance.
9 We'll set it for late February, on the 27th or the 28th.  All
10 right.
11     We'll set the sentencing for February 28th, 2019, at
12 9:30 a.m.
13     I mean, I will say that reading the presentence
14 investigation report and seeing Mr. Uddin's relevant
15 culpability to the others, I mean, if this was clearly a case
16 of no incarceration, then I would probably just proceed.  But
17 considering his role in the scheme, I can't say absent some
18 significant cooperation, that a sentence not involving
19 incarceration would be appropriate.
20     And I'm also mindful that these cases are being
21 handled by different judges, and they are trying to figure out
22 what appropriate sentences are, and so there are no unwarranted
23 sentencing disparities.
24     I think at this point without cooperation to sentence
25 Mr. Uddin to something that did not involve incarceration would

```
 1  throw everything off.
 2          So I haven't made up my mind on a sentence, but I
 3  think I'll be better informed under these circumstances in late
 4  February.  All right.  Thank you.
 5          AUSA LARSEN:  Thank you, Your Honor.
 6          MR. GREENBERG:  Thank you very much, Your Honor.
 7
 8
 9     (Thereupon, the above portion of the hearing was concluded.)
10
11                      *          *          *
```

10:40 (at line 5)

# **C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

*[Signature: GBProulx]*

02/01/2019
DATE COMPLETED          GIZELLA BAAN-PROULX, RPR, FCRR